2 N.Y.2d 982 (1957)
In the Matter of Florell Equities, Inc., Respondent,
v.
Robert C. Weaver, as State Rent Administrator, Appellant.
Court of Appeals of the State of New York.
Argued January 24, 1957.
Decided April 11, 1957.
Beatrice Shainswit and Nathan Heller for appellant.
Robert S. Fougner, Eugene J. Morris, Albert W. Fribourg and Matthew J. Domber for respondent.
Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.
Order affirmed, with costs; no opinion.